IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEVE ZAZANIS, | § | |
| | § | |
| Defendant Below, | § | No. 268, 2020 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1801014147 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  October 6, 2020
Decided:  October 15, 2020

**O R D E R**

On August 14, 2020, the Court received a letter from the appellant indicating that he desired to appeal a decision of the Superior Court.  On August 17, 2020, the Senior Court Clerk sent the appellant a letter directing him to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* by September 1, 2020, and on August 26, 2020, the Senior Court Clerk sent the appellant a letter directing him to complete and sign an official Form A notice of appeal by September 10, 2020. The appellant did not respond to those letters.  On September 16, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for failure to file a motion to proceed *in forma pauperis* and an official Form A notice of appeal.  On September 24, 2020, the Court received the certified mail receipt indicating that the notice to show cause

had been delivered.  A timely response to the notice to show cause would have been due on or before October 5, 2020.  The appellant has not responded to the notice to show cause, nor has he filed a motion to proceed *in forma pauperis* or a Form A notice of appeal.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice